UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-62496-HUCK

RYAN TURIZO, individually and on behalf
of those similarly situated,

       Plaintiff,

v.

NATURAL WELLNESS CENTER LLC
d/b/a MIRACLE LEAF OF PEMBROKE
PINES,

       Defendant.

_____/

**ORDER FOR CORPORATE DEFENDANT TO RETAIN COUNSEL**

**THIS MATTER** is before the Court *sua sponte*. As a corporation, Defendant, Natural Wellness Center LLC, is an artificial entity that is not permitted to appear *pro se*. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Therefore, this entity must be represented by licensed counsel at all times. *Id.* This rule applies even where the person seeking to represent the corporation is its president and major stockholder. *Id.* Defendant shall, within twenty (20) days of service of this Order, retain new counsel or show cause in writing why default should not be entered.

**DONE and ORDERED** in Chambers in Miami, Florida, on October 22, 2019.

*/s/ Paul C. Huck*
Paul C. Huck
United States District Judge

CC: Counsel of record