UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-62496-PCH

RYAN TURIZO,

    Plaintiff,

v.

NATURAL WELLNESS CENTER LLC,

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court *sua sponte* upon review of the record. On December 24, 2019, Plaintiff Ryan Turizo filed a Notice of Settlement [ECF No. 15], indicating the parties have settled. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**, with each side to bear its own fees and costs. The Court shall retain jurisdiction for 60 days to enforce the terms of the settlement agreement. All pending motions are denied as moot, and the case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on January 15, 2020.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record