# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 0:19-cv-62496-PCH

RYAN TURIZO,

    Plaintiff,

vs.

NATURAL WELLNESS CENTER LLC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff RYAN TURIZO, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

DATED: January 20, 2020

                                              Respectfully Submitted,

                                              /s/ Jibrael S. Hindi
                                              **JIBRAEL S. HINDI, ESQ.**
                                              Florida Bar No.: 118259
                                              E-mail:  jibrael@jibraellaw.com
                                              **THOMAS J. PATTI, ESQ.**
                                              Florida Bar No.: 118377
                                              E-mail:  tom@jibraellaw.com
                                              The Law Offices of Jibrael S. Hindi
                                              110 SE 6th Street, Suite 1744
                                              Fort Lauderdale, Florida 33301
                                              Phone:  954-907-1136
                                              Fax:      855-529-9540

                                              *COUNSEL FOR PLAINTIFF*

.

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 20, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

 /s/ Thomas J. Patti                              .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

PAGE | **2** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com